# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SIDNEY PENNINGTON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION 17-0204-CG-MU |
| DOLLAR GENERAL STORE NO. 08081, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) dated June 14, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, Dollar General Store No. 08081's motion to dismiss Plaintiff's amended complaint (Doc. 5) and the motion to dismiss Plaintiff's amended complaint file by Dollar General Store No. 08081 and Dollar General Corporation in the Circuit Court of Baldwin County, Alabama on April 26, 2017 (Doc. 1, Exhibit D) are **GRANTED**, and Plaintiff's claims against Defendants Dollar General Store No. 08081 and Dollar General Corporation are **DISMISSED with prejudice**.

**DONE and ORDERED** this 26th day of June, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE